NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERACTIVE WEARABLES, LLC,**

*Plaintiff-Appellant*

**v.**

**POLAR ELECTRO OY, POLAR ELECTRO INC.,**

*Defendants-Appellees*

---

2021-1491

---

Appeal from the United States District Court for the Eastern District of New York in No. 2:19-cv-03084-GRB, Magistrate Judge Gary R. Brown.

---

## JUDGMENT

---

MICHAEL DEVINCENZO, King & Wood Mallesons LLP, New York, NY, argued for plaintiff-appellant.  Also represented by CHARLES WIZENFELD.

ANTHONY J. FUGA, Holland & Knight LLP, Chicago, IL, argued for defendants-appellees.  Also represented by JOHN P. MORAN, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>October 14, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |